## Hill Casey v. The State.

No. 8695.	Delivered March 4, 1925.

Transporting Intoxicating Liquor.

No statement of facts nor bills of exception appearing in the record, the judgment is affirmed.

Appeal from the District Court of Williamson County. Tried below before the Hon. James R. Hamilton, Judge.

Appeal from a conviction for the transportation of intoxicating liquor; penalty, one year in the penitentiary.

No brief filed for appellant.

*Tom Garrard*, State's Attorney, and *Grover C. Morris*, Assistant State's Attorney, for the State.

MORROW, Presiding Judge.—The conviction is for the unlawful transportation of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year.

The record is before us without bills of exception or statement of facts. The indictment appears regular. No fundamental error has been discovered or pointed out.

The judgment is affirmed.

*Affirmed.*